E-FILED
Tuesday, 01 August, 2017 02:58:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Marlon Billops,

Plaintiff

vs.

Susan Prentice
Meister
Copeland
Whicker
John Doe #1
John Doe #2

Defendant(s)

Case No. ____________
(*The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed
8/1/17 (date) by [initials] (initials)
60 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ____________________

☐ Unknown ____________________

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Marlon Laquan Billops

Prison Identification Number: K-04496

Current address: 700 W. Lincoin Street, P.O. Box 99, Pontiac, Il 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Susan Prentice (She is being sued in her individual capcity)

Current Job Title: Major

Current Work Address 700 W Lincoin Street, P.O. Box 99, Pontiac, Il 61764

Defendant #2:

Full Name: Meister (All I know) (Is being sued in individual capcity)

Current Job Title: Sergeant (To my knowledge)

Current Work Address 700 W. Lincoin Street, P.O. Box 99, Pontiac, Il 61764

Defendant #3:

Full Name: Whicker (All I know) (Is being sued in individual capcity)

Current Job Title: Correction Officer

Current Work Address 700 W. Lincoln Street, P.O Box 99, Pontiac, IL 61764

Defendant #4:

Full Name: Copeland (All I know)(Is being sued in individual capacity)

Current Job Title: Correction officer

Current Work Address 700 W. Lincoln Street, P.O. Box 99, Pontiac, IL 61764

Defendant #5:

Full Name: John Doe #1 (All I know)(Is being sued in individual capacity)

Current Job Title: Correction officer

Current Work Address 700 W. Lincoln Street, P.O. Box 99, Pontiac, IL 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal* in forma pauperis *in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☑

If yes, please describe

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐ No ☑

C. If your answer to B is yes, how many? _______ Describe the lawsuit(s) below.

Table of Contents

Caption.............. Page 1
Complaint............. Page 1
Federal Jurisdiction............. Page 1
Parties............. Page 2
Litigation History............. Page 3
Exhaustion of Administrative Remedies............. Page 4
Statment of Claim............. Page 4
Factual Statement............. Page 5
Relief Request............. Page 7
Application To Proceed in District Court Without Prepaying fees or Cousts............. Page 10
Trust fund Statement............. Page 13
Motion for Counsel............. Page 15
Response from Chicago Legal Clinic............. Page 16
Response from U.S. Department of Justice............. Page 17
Letter To And Response from University of Illinois,............. Page 18
Letter to And Response from Seyfarth/shaw............. Page 22
Tabe Test Scores............. Page 26
Emergency Grievance (2 page)............. Page 27
Grievance (4 page)............. Page 29
Letter To Ill. Centeral Dist Court Clerk............. Page 33
Response Request to Clinical Service Supervisor............. Page 37
Affidavit from Darcy Bell............. Page 38
Notice of Appeal to A.R.B............. Page 40
Memorandum from the Warden............. Page 42
Appeal to A.R.B letter............. Page 43
A.R.B Response/denial of Grievances............. Page 45

II. PARTIES

B. Defendants

Defendant #6

Full Name: John Doe #2 (all I know) (Is being sued in individual Capacity)

Current Job Title: Lieutenant (To my knowledge)

Current Work Address: 700 W. Lincoln Street, P.O. Box 99, Pontiac, Il 61764 (To my knowledge)

1. Name of Case, Court and Docket Number ______________________________

2. Basic claim made ______________________________

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐ No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not ______________________________

C. Is the grievance process completed? Yes ☑ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Pontiac Correctional Center; North Cell house waiting area; North 303; Internal Affair building; Health Care Unit; East Cell house 122

Date(s) of the occurrence 1.13.16; 1.14.16; 1.18.16; 1.31.16; 2.5.16; 2.28.16; 8.4.16

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Factual Statement

(1) On 1.13.16, at approximately 10:45 A.M, plantiff was escorted in restraints (Security Belt and Shackles) by John Doe #1, from the Health Care Unit (H.C.U) to the North Cellhouse common area that has holding tanks so that the security belt could be removed. The holding tanks were being used so plantiff had to waite.

(2) Plantiff saw major Prentice and began talking to her. Plantiff told Prentice that he has been in (H.C.U) and haven't eaten lunch if Prentice will make sure plantiff get's his lunch Tray. (3). Prentice became boisterous, yelling "I'm a Major! Tell your Sergant to get you a tray!" Plantiff told her "I don't care who you are, don't talk to me like that." (4) John Doe #1 took Plantiff into a shadow room across from the cellhouse armory. Shortly thereafter John Doe #2 (who is a lieutenant) (correctional officer (C/o) Whicker and Coplin came in the Room approaching Plantiff. John Doe #2 told plantiff "face the fucking wall." Plantiff did as ordered. Shortly thereafter John Doe #2 told plantiff "get on the fucking ground" Plantiff looked at John Doe #2 and was able to see other officers in the Room. Plantiff layed face down. (5) Plantiff was in restraints, did nothing to resist the officers. However, C/o Coplin kicked plantiff in the Right eye. Plantiff turned his head to the left at which point C/o Whicker kicked plantiff in the left eye/nose. C/o Coplin and C/o Whicker continued kicking in the face and head while officers behind him and kick plantiff in the back and butt. The beating last for approximately 5 minutes. None intervened or said anything to stop the beating. After the beating stoped, plantiff layed bleeding, his Right eye closed from swilling. (6) A bag was placed over plantiff's head and picked up and carryed (7) Plantiff was taken to his cell (North 303) all of his property was taken. (8) Plantiff was called to the celldoor so that the security belt could be removed through the cell Door Chuck hole. C/o cut plantiff's arm open on the chuck hole. (9) After the chuck hole was shut plantiff looked out the cell windo and saw Sergant Meister. Plantiff told Meister that he need's Medical treatment. Meister said no. Plantiff asked Meister if plantiff could get his lunch tray Meister said no. (10) Plantiff called to the inmate in 302, told him he was in pain, what happened to him and that he has been denied medical treatment how could he get it. (11) inmate in 302 told plantiff to cover his windo with his blanket. (12) The inmate in 304 told plantiff that Major Prentice and Sergant Meister took my property. (13) C/o Whick came on 3 gallery plantiff told this C/o that plantiff needs medical treatment, This C/o ignored plantiff. (13) Plantiff covered his windo on 3-11 shift at 3:00 P.M count. Lieutenant Susan came to plantiff cell and called the Nurse. (14) The Nurse "Becky" came to plantiff's cell and told him it's nothing she could do without a Doctor. The Nurse "Becky" was called again to plantiff's cell and did nothing. The last time she was called she pulled plantiff out of the cell,

(15) On 1.14.16, at around 8:00 a.m plaintiff was called to Internal Affairs (I.A) building. Plaintiff was interviewed by an investigator from Springfield and I.A Lieutenant (Lt.) Davidson as to the excessive force which occurred 1.13.16. Pictures of plaintiff's injurys were taken, plaintiff Identifyed (I.D) pictures of staff involved. Plaintiff's jump suit and T-shirt which was covered in blood was taken. (16) Plaintiff was taken to Urgent Care for his injuries. X-Ray's were taken of plaintiff's face, head and Right forearm. (17) Plaintiff was then taken to Easthouse 122 without any of his property. (18) Plaintiff was taken back to urgent care for a follow up on his injuries on 1.18.16, Plaintiff seen the facility Doctor who prescribed plaintiff Tylenol 3 and put plaintiff in to see the eye Doctor. (19) Plaintiff went to see the eye Doctor 2.5.16 but had a seizure. Plaintiff wasn't seen until 8.4.16 by the eye Doctor. (20) On 1.31.16, Plaintiff wrote 2 page emergency grievance and put it in a sealed envelope placed it in the cell door addressed to the Warden. It was collected with the mail. (21) After not receiving a response to the emergency grievance for excessive force, staff conduct (See Attached A1, A2), plaintiff wrote 4 page revised grievance for excessive force, staff conduct which occurred 1.13.16. (See Attached B.1, B.2, B.3, B4) Plaintiff send the grievance to East house counselor. (22) On 3.20.16, plaintiff received a response to the revised grievance. On 3.21.16, plaintiff placed the original revised grievance in a envelope, sealed it and wrote "To Grievance officer." It was collect with the mail. (23) On 4.14.16, 4.21.16, 4.21.16 and 5.5.16, plaintiff wrote the grievance officer asking for a response to the revised grievance. The grievance officer didn't respond. (24) On 5.23.16, plaintiff wrote a 4 page letter to the U.S. Dist. court in Springfield explaining the hardship and that he has filed a grievance (See Attached C.1, C.2, C.3, C4). (25) On 6.13.16, plaintiff wrote Clinical Service Supervisor explaining the hardships he's been having to getting the Emergency and Revised grievance address. Plaintiff's request was forward to the grievance officer who returned response saying be patient. (See. D1) (26) In Jun 2016, plaintiff got a affidavit and wrote the grievance officer asking if he could submitt the Affidavit By Darcy Bell to attach to the revised grievance. The grievance officer didn't respond. (See. E.1, E.2) (27) On 8.2.16, plaintiff went on hunger strike in effort to get the revised grievance resolved. (28) On 10.30.16, plaintiff wrote the Administrative Review Board (A.R.B) stating his failed attempts to exhaust his administrative issues and his intent to appeal to A.R.B (See F1, F2) (29) In Oct. 2016, plaintiff wrote the governor about the excessive force that occured 1.13.16, and let him know the facility would not allow him to exhaust his administrative remedys. (30) Plaintiff's letter was forward to the warden. The warden send plaintiff a Memorandum 11.10.16. (See G.1) (31) On 12.27.16, plaintiff wrote the A.R.B explaining that the facility wouldn't allow him to exhaust his administrative remedys. (See. H.1, H.2) (32) On 5.16.17, the A.R.B returned the grievances and affidavit stating that the issue is denied because it doesn't have a grievance officer response. (See ) The A.R.B also send back the letter to appeal and affidavit by Darcy Bell, all three stamped.

[Claims for Relief] A (Retaliation) (33) Because Plaintiff said something that Prentice didn't like, Prentice took all of Plaintiff's property out of his cell, (303) violating Plaintiff's 1st Admendment to free speech, and acess to the court and Media as well as his 4th Amendment Right where his property was unreasonably seized. B. (Deliberate Indifference) (34) After saying something that Prentice didn't like, Prentice allowed Plaintiff to be take into a room where Plaintiff was severly beating by correction officer's (C/o's) causing Plaintiff serious physical and emotional injuries. (35) Defendant John Doe #1, Violated Plaintiff's 8th Amendment Right to be free

from cruel and unusall punishment, where after saying something Prentice didnt like, John Doe #1 took plantiff in a Room out of the sight of camaras. Other officer's entered the room and beat plantiff while on the ground and in restraints. John Doe #1 if not a participant did nothing to intervean which constitute dilibrate indifference. The assault caused plantiff to suffer serious physical and emotion injuries. (36) Defendant John Doe #2 (who is a lieutenant) entered the room, made plantiff (who is in restraints) lay on the ground and allowed C/o's to kick and stomp plantiff. John Doe #2 had a realist opportunity to intervean but did not, which is Delibrate Indifference. As a result of the beating, plantiff suffer serious physical and emotional injuries. (37) After the C/o's stoped, Plantiff lay on the floor his right eye was swollen shut and ~~bleeding~~ plantiff was bleeding. Plantiff was in obvious need of medical treatment. John Doe #2 did call a med. tech leaving plantiff to suffer serious physical and emotion injuries which constitute Delibrate Indifference to serious medical needs. (38) Plantiff was carried from the room to his cell (303) while removing the restraints through the chuck hole, C/o's cut plantiff right forarm open on the chuck hole causing plantiff further injuries. Plantiff right eye was swollen shut, bleeding from mouth nose forarm. Plantiff told Sergant Meister to get him some medical treatment, Meister said "No". Meister denial of plantiff of medical treatment constitute Delibrate Indifference to serious medical needs. Plantiff suffer serious physical and emotional injuries. (39) Defendant C/o Whicker came pass Plantiff's cell (303) to do rounds. Each time Plantiff yelled to C/o Whicker "I need medical treatment" C/o Whicker Ignored plantiff which is Delibrate Indifference to serious medical needs. Plantiff suffer serious physical and emotional injuries. C. [Excessive Force] (40) Defendant Caplin Volated Plantiff's 8th Amendment right to be free from cruel and unusal punishment where after plantiff was ordered to lay on the ground and while in restraints Caplin begain kicking plantiff in the face and head causing plantiff to suffer serious physical and emotional injuries. (41) Defendant Whicker Volated Plantiff's 8th Amendment right to be free from cruel and unusal punishment where while Plantiff layed on the ground in restraints. Whicker participated kicking Plantiff in the face and head causing plantiff to suffer serious physical and emotional injuries.

RELIEF REQUESTED

(State what relief you want from the court.)

Therefor Plantiff request that this honorable cort grant's the following Relief: [A] Declar that Defendant Prentice violated Plantiff's first Amendment right when she retaliated after saying something she didnt like denying Plantiff

gess to the court and [illegible] Prentice [illegible] Plantiff 4th Amendment Right when she illegal seized Plantiff's property. [B.] Declare that Prentice volilated Plantiffs 8th Amendment Right of Deliberate indiffrence when she allowed Plantiff to be taken into a room where he was beat by c/o Prentice failed to protect plantiff. [C] Declare that John Doe #2 Voliated Plantiff's 8th Amendment Right when he forced plantiff to lay on the ground and allowed security to beat Plantiff. [D] Defendant John Doe #1 Voliated plantiff's 8th Amendment Right when he took plantiff in the room in Restraint and if John Doe #1 didnt participate, he did nothing to entervene. [E] Defendant John Doe #2 Voliated 8th Admendment Right when after the plantiff was beaten he did'nt call for medical assistance [F] Defendant Meister Voliated Plantiff's 8th Amendment Right when after the beaten, Plantiff was taken to his cell bleeding and eye swollen shut asked Meister for medical treatment Meister said 'No.' [G] Defendant Cuplin Voliated plantiff's 8th Amendment Right when he started kicking Plantiff in the face and head. [H] Defendant Whicker Voilated plantiff's 8th Amendment Right when he started kick plantiff in the face and head while he layed in Restraints on the floor. [I]. Award compensatory damages [redacted] for

JURY DEMAND Yes [Y] No [ ]

Signed this 11th day of July, 2017.

DECLARATION: Prusuant to 28 U.S.C. 1746, I verify under the penalty of perjury that the information provided in this complaint are true and correct to my knowledge.

Marlon Billops
(Signature of Plaintiff)

| Name of Plaintiff: Marlon Billops | Inmate Identification Number: K-04496 |
|---|---|
| Address: 700 W. Lincoln Street P.O. Box 99, Pontiac Il 61764 | Telephone Number: |

Relief Request
(State what Relief you want from the Court)

Plantiff in the following amounts: (1) $35,000 jointly and severally against defendants Prentice, John Doe #1, John Doe #2, Copeland and Whicker for the physical, mental and emotional injuries sustained as a result of plantiff's beating. (2) $10,000 against defendant John Doe #1 for mental and emotional injuries where after the beating, plantiff layed on the floor bleeding from his face and head and was swollen up John Doe #2 allowed a bag to be put over plantiff's' head, to conceal plantiff physical condition from possible witness and security camera's - (3) $15,000 jointly and severally against C/o's for the physical, mental and emotional injuries sustained when the defendant's cut plantiff's right forarm open on the chuck hole. (4) $10,000 against Prentice for mental and emotionally injuries resulting from the confiscating of plantiff's property in retaliation of plantiff saying something that Prentice did'nt like. (5) $15,000 jointly and severally against defendant's John Doe #2, Meister and Whicker for physical, mental and emotional injuries in ~~[illegible]~~ dening plantiff access to medical treatment after the beating. [J] Award Puntive damages in the following amounts: (1) $20,000 against defendant's Prentice, John Doe #1, John Doe #2 Copeland and Whicker. (2) $ Against Meister [F] Grant such other relief as it may appear that plantiff is entitled.

Jury Demand Yes

Signed this 11th day of July 2017

Pursuant to 28 U.S.C. 1746, I verify under the penalty of perjury that the information provided in this complaint is true and correct to the best of my knowledge.

Marlon Billops

Name of Plantiff: Marlon Billops | I.D. Number #K-04496 | Signature of Plantiff

700 W. Lincoin Street
P.O. Box 99
Pontiac, Il 61764

1 of 2

Exhibit A1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-31-16 | Offender: (Please Print) Marlon Billops | ID#: K-04496 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Excessive Force

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 1-14-16, grievant was escorted back to the North cell house by to Refered here as John Doe #1 white male about 30, two tho beard. upon entering the cell house, grievant was taken to a area to have the security belt Removed so he could be placed in handcuffs. The cages were being use so grievant had to waite. while we were waiting grievant seen North House Major Pritenie and called her. Major Pritenie came and grievant asked to speak to her. The Major told grievant to talk. Grievant told her that he didn't want to speak infront of everyone. The Major made a face as to say "Really." Grievant asked the Major why is it evertime she tour 3 (three) galley and grievant trys to stop her she dosen't stop to speak to me but she'll talk to the guys in the cell on both sides of grievant 302 and 304. I don't recall the major responding. Grievant went on to say "I've been gone all day and

**Relief Requested:** 1) That the proper disciplinary are taken upon employees involved, charged for their criminal conduct including termination of services. 2) Grievant is made whole. 3) No Retaliation is brough upon grievant for seeking Redress. 4) Security camera of the North cell house on 1-14-16 is Reviewed

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billops — Offender's Signature | K-04496 — ID# | 1/31/16 — Date

(Continue on reverse side if necessary)

To Willie Dodd

Page 27

**Counselor's Response** (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name | Counselor's Signature | ___/___/___ Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | ___/___/___ Date

haven't eaten. Will you make sure I get a tray?" Major Patience become enraged! Pointing at her collar she said" you see this? I am a Major, not a sergent! You ask your sergent to get you a tray." Grievant told the Major as she walked away, "Don't talk to me like that. I don't care what you are. You speak to a person the way you'll like to be spoken to." John Doe #1 began tugging at the belt as to say leave it alone. He walked me in a room directly accross from the cellhouse armory. Grievant walked to the back of the room when a Lieutenant, refered to here as John Doe #2 (A white male about 180 about 5'9 wearing a cap) came from behind grievant on the left side. Grievant looked at the Lt. and could see other c/o entering the area surrounding grievant. John Doe #2 told grievant to "face the wall" grievant just looked at the Lt. He yelled, "Face the fucking wall!" Grievant did as ordered. This Lt. told grievant to "get on the ground" Grievant looked at him, he yelled 'get the fuck on the ground'." Grievant told John Doe #2" How am I going to get on the ground with dude behind me?" John Doe #2 looked at the person behind me and he moved and I got (layed) on the ground. The entire time grievant hand's were cuffed in the belt and he had leg irons on. Once on the ground, grievant looked to his right and saw c/o who refered as John Doe #3 (White male heavy set about 300 lbs about 6'2) Grievant looked left and saw John Doe #4 A white male about 5'11, 180 bald head, was 3 gallery gallery officer that day. I could see other c/o in the room as well. Grievant looked back right and looked at John Doe 3 boot they were cowboy boots with pointed tips. John Doe #3 kicked grievant directly in the right eye ball with the tip of the boot. Grievant turned left and was kicked in the left eye by John Doe #4. Grievant turned right and was kicked in the face by John Doe #3 Grievant turned left and was kick in the face by John Doe #4 at the same time John Doe #3 kicked grievant in the back of the head. Grievant just layed there as he was being kicked in his face, head and body, by other c/o. After a while they stoped kickin me. Grievant heard someone say, "Tell Sergent Myster to give you the sheild" Grievant thought that they needed a sheild to protect themselves from grievant blood splattering. I was laying wondering how I was going to dodge the bullet or whatever they were going to use to cause my blood to splater. Someone came from behind me and placed a bag over grievants head. At this point grievant couldn't see anything and began acting as if he couldn't breath. The officer told grievant "You can breath" Someone said "Now was this worth it?" Grievant said "no" Grievant was picked up and carryed by a number of c/o. They put me down, had me bend at the waiste someone said walk. Grievant was surrounded by a number of c/o as he walked someone said "That look like lil Greg or lil Greg" At this point grievant knew that he was on the gallery. Grievant was lad on a floor and the bag was taken off his head. Grievant was in a cell with nothing but a mattress and blanket. The c/o removed the leg irons, and left the cell. Grievant was called to the door so that the c/o's could remove the belt through the chuck whole. Grievant saw a camara and realized that he was in his assinged cell 303 so I placed my arms outside the chuck whole to let the officer remove the cuffs. The officers did so roughly, bending my arm. I told them the pain the cause and asked them to readjust my arm. They left my arm on the chuck whole, I just beared the pain. I was bleeding from my nose, right arm and righ eye. My right eye had swollen shut. Sergent Myster was infront of grievant's cell. Grievant told Myster that

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-31-16 | Offender: (Please Print) Marlon Billops | ID#: K-04416 |
|---|---|---|
| Present Facility: Pontiac Corr Center | Facility where grievance issue occurred: Pontiac Corr Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Excessive Force
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): he need medical attention. Sgt Mupter told grievant "no" Grievant put blood on the windo to show the Sergent Grievant then asked for his lunch Tray, Mupster said "No" Grievant told his neighbor 302 what happened to him. He told grievant the area that he was taken to is a blind spot there arent any cameras in there. 304 told grievant that Sgt Mupter and Major Prentice went in my assigned cell and through my property on the gallery as if it was worthless. Grievant asked him he could receive medical treatment, and was told to cover his windo. Grievant covered his windo with the blanket, however John Doe #4 was working 3 gallery and wouldnt stop. Shift Changed and during count the officers stoped and called the Lt. The Lt came and asked what was going on, I told him that I need medical treatment & Med. Tech was called

Relief Requested: to support his claim [2] That inmate Fields out of 312, inmate from 302, 304, 305, 307 are called as witness of what they observed. [3] Pictures taken by I.A. is Reviewed on 1-15-16 [4] Major Mental Health is Evaluated. She tryed killing grievant May try again

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billops — Offender's Signature | K-04416 — ID# | 1/31/16 — Date

(Continue on reverse side if necessary)

Copied 2/11/16 LL

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED JAN 05 2017 ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

came to my cell The Med.Tech told grievant there nothing she could do for me EXCEPT give me some ice. So that the swelling would go down. Grievant's nose wouldn't stop bleeding, so grievant blew his nose on the blanket. When I blew my nose my right eye came out. it was extremely painful. I pushed my eye back in. When the C/o came with the mail, he opened my chuck-hold to put the ice in. So I took the chuck hold hostage by sticking my arm out so that he couldn't close it. I told him that my eye was coming out and I need medical attention. The Lieutenant came cuffed me up and told me that the Med.Tech isnt going to be able to help me. I let him know that I'm not trying to cause trouble I need to be seen. I let him(Lt) talk me down. A situation occured that involved the person in the cell next to me 302 where he cut himself and the Med.Tech came and took him to the Health Care Unit for treatment. Grievant decided the purpose he was being denied medical treatment was to cover up the misconduct. Grievant blew his nose again and again his right eye came out some. Grievant urinated and blood was in his urine. During Med.line grievant grievant's chuck was opened and grievant stuck his arm out again demanding medical treatment. Grievant was taken out of his cell this time to see the Med.Tech. There were two Med.Techs the one who came to see grievant while in his cell and another one. Grievant asked why was the guy out of 302 taken to receive medical treatment but they wont treat him. They said that they cant treat grievant without a doctor. Grievant let them know that he has seizures and ask what would they do if grievant had a seizure? Grievant asked is that the reason noone helps him when he has seizures? The newer Med.Tech took control. My left eye kept running and felt like something was in it. The newer Med.Tech told grievant that his ~~right~~ left eye is scratch. That she believe grievant's nose to be broken. She told grievant theres nothing she could do with out the doctor there.

The following morning grievant was called to I.A. The took his jump suite and T-shirt because it was covered in blood and interviewed grievant. Then he went to Urgent medical Treatment. (See A.D. Standard of Conduct) "Corporal punishment or mistreating of inmates is strictly prohibited. Corporal punishment is defined as striking, pushing or shoving a person for purpose of causing pain. The Warden (or Duty Warden) must be notifyed if the use of force is anticipated and/or initiated." (Chain of Command) "All staff are expected to follow the established chain of command, reporting all incidents to their immediat supervisor who will report same to their supervisor ect." In the Beating against grievant all cell house supervisors were involved from Major, Lieutenant and Sergeant. So theres a conflict of interest. Each supervisor involved abuse their discretion. Offender was beat for absolutely no reason, a bag put over his head so that he couldnt I.D. the officers or so to prevent other inmates and cameras seeing what has happened to me. Grievant property was taken out of his cell, grievant was placed in his cell clearly in need of medical attention but was expected to die.--Grievant was moved to East cell house placed in the last cell on 1 gallery 133 no cameras. Grievant can hardly see out the door, he has to look through the crack wich is smaller than the width of the space of these lines. Grievant had a seizure 1-19-16 and wasnt helped. Most importantly Major Prentice is the Major over in the East house. She came about 3 days after grievant was beat. She brought with her Sergeant Mysta and a few other C/o's out the North cell house. Major Prentice had to had known I was being beat. She had to walk pass the room I was being beat in

Exhibit B-1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-28-16 | Offender: (Please Print) Marlon Billops | ID#: K-04496 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Excessive Force

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This is a "Revised" grievance to grievance written 1-31-16 and submitted 2-8-16 after copies came back for "Staff Conduct" and "Excessive Force". That grievance was submitted as "Emergency". As of today "2-28-16" that grievance hasn't been addressed, which shows that the grievance isn't been handled as emergency. The purpose of this Revised grievance is for additional information to be considered and to ~~make~~ correct a "possible" mistake. Grievant ask that this grievance be considered despite the possible mistake on the date. Grievant Request that the possible error is excused or allow him to start over and permit his Relief to his grievance. The circumstance that caused to possibly mistake the date's is he was severely beating, all of his property was taken, he was Relocated to another cell house, grievant got his property back about 5 days later or maybe 4 day's later. Grievant suffered several seizures as a result to his condition of the assault. Shortly thereafter the person who had me assaulted moved to this (East cell house) and brought with here the people (some of) she send to kill grievant. Despite the everis

Relief Requested: 1) That the proper disciplinary actions are taken upon employees involved, charged for their criminal conduct including termination of services. 2) Grievant is made whole 1,000,000 1 million dollars 3) No retaliation brought upon grievant for seeking Redress. 4) Security Cameras

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billops — Offender's Signature | K-04496 — ID# | 2/28/16 — Date

(Continue on reverse side if necessary)

copied 02/29/16 PCC LL

## Counselor's Response (if applicable)

Date Received: 3/1/16 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Major Prentice she denies allegation of [illegible] conduct, per Sgt Meister he denies allegation of misconduct. To address [illegible] issues your current medical issues with your CMT when they make their regular gallery walks. To address your issues with medical staff you can forward to the grievance office.

K Sandlin CCII — Print Counselor's Name | K Sandlin CCII — Counselor's Signature | 3/14/16 — Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ______ Date

RECEIVED JAN 05 2017 ADMINISTRATIVE REVIEW BOARD

Page 29

Exhibit B.2

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-28-16 | Offender: (Please Print) Marlon Billops | ID#: K-04496 |
|---|---|---|
| Present Facility: Pontiac Corr Center | Facility where grievance issue occurred: Pontiac Corr Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☑ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Excessive Force

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

NO Good Page See back

Copy Relief Request

**Relief Requested:** in the North Cell house on the date of the attempt murder is Reviewed. 5) That inmate Fields from 312, inmate from 302, 304, 305 and 307 are called as witness of what they observed. 6) Pitcher taken by I.A. is Reviewed on the Date of attempt murder on grievant

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billops — Offender's Signature | K-04496 — ID# | 2/28/16 — Date

(Continue on reverse side if necessary)

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

Copied 02/29/16 PCC LL

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

of diligence grievant still hasn't discovered the exact date of the assault. The ~~association~~ REVISED GRIEVANCE obtain the same facts as the revised. -- On "or" ~~between~~ the dates ~~of~~ 304 between ~~prison institution~~ of 1-12-14, 1-13-14 or 1-14-14, Grievant was escorted back to the North cell House from the Healthcare Unit by 4/0 referred to here and after as John Doe#1. (He's a white male about 35, 4lbs, big beard.) Upon re-entry grievant was taken to a area to have the security belt removed. The cups used to remove the security belt was in use whenafter grievant had to wait. While waiting grievant seen North House Major Patience and called her, she came and grievant asked if he could speak to her. The Major told grievant to talk. Grievant told her that he didn't want to speak infront of everyone. The Major made a face as to say "really". Grievant asked the Major why is it everytime she tours three gallery and grievant trys to stop and speak to her, she doesn't stop to speak to me, but she'll stop and speak to the guys in the cells on both sides of grievant (302 and ~~303~~ 304). Grievant doesn't recall if the Major respond but went on to say, "I've been gone all day and haven't eaten, will you make sure that I get a tray? (I was around lunch) Major Patience became enraged! Pointing at her collar she said "You see this? I am a Major, not a Sergeant! You ask your Sergeant to get you a tray!" Grievant told the Major as she walked away, "Don't talk to me like that, I don't care what you are. You speak to a person the way you'll like to be spoken to." John Doe#1 beside trying at the belt as to say leave it alone. He walked me into a room directly accross from the cell house arway. Grievant walked to the back of the room. A Lieutenant came from behind grievant left side and stood to grievant's left. Lieutenant Name unknown referred to here and after as John Doe#2 (A white male about 160 about 59 hearing a ball cap, White Shirt Lt. Bar.) Grievant looked no John Doe #2 and could see other 4/0 entering the room. Although grievant didn't ~~focus~~ focus his sight on the entering officer's he could see them as he watched 4/0 John Doe#2. As they stood him 4/0 John Doe#2 told grievant "Face the wall." Grievant just looked at him. John Doe#2 yelled "Face the fucking wall!" Grievant did as ordered. John Doe#2 told grievant "get on the ground." Grievant looked at him. John Doe#2 yelled "get the fuck on the ground!" Grievant asked John Doe#2 "thu nom I going to get on the ground with dude behind me?" John Doe#2 looked at the person standing behind me (that person moved) I layed on my my belly on the ground. The entire time grievant was handcuffed in the belt and had leg irons on. While on the ground grievant looked right a saw a 4/0 who name maybe (Lulullin) (This Name has been discovered while submitting the second grievance) We will refer to him here and officer as John Doe #3. (He's a white male, bald, 5'9 about 300 lbs, about 102). Grievant looked left and saw a 4/0 who name maybe (Wicker) (This 4/0 possible name was discovered after submitting the original grievance. (He is white male about 5'11 120, bald head, no face hair, was three(3) gallery officer that day.) Referred to here and after as John Doe #4. Grievant looked back right at John Doe #3's boots, which were cowboy boots with pointed tips. John Doe#3 kicked grievant directly in the right eye ball with the tip of his boot. Grievant turned left and was kicked in the left eye by John Doe #4. Grievant turned right and was kicked in the face by John Doe #3. Grievant turned left and and was kicked in the face by John Doe #4 at the same time John Doe #3 kicked grievant in the back of the head. Grievant just layed there as he was kicked in the face, head and body by other 4/0s. No one intervened to stop their officer from trying to kill me. After awhile probally over a minute they began to stop. Grievant heard a voice say, "Tell Custer to give you the shield." Grievant thought that the shield was request was to protect the officer from grievant's blood that they were about to make splatter. Grievant layed wondering how he was going to dodge the bullet or whatever device was going to

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| Date: 2-28-16 | Offender: (Please Print) Marlon Billups | ID#: K04496 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Excessive Force

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): be use to cause my blood to splatter. Someone came from behind me and placed a bag over grievant's head. At this point grievant couldn't see anything and acted as if he couldn't breath. Someone told grievant "You can breath" Grievant was lifted and carried by a unknown number of C/o's. After awhile they put me down on my feet someone said walk Grievant was bend at the waiste as he walked surrounded by a unknown number of C/o's Grievant heard someone say "That looks like little Garkye or Gregf." Grievant was layed on a floor, the bag was removed from over my head Grievant was in a cell with Nothing but a Mattress and blanket. The C/o's removed the leg irons, left out of the cell, closed the door and called me so that they could remove the security belt through the chuckhole. Grievant looked out the window and saw a camera and realized that he was his assigned cell (North 303) I put my arms outside the chuckhole and the officers were rough in removing the cuffs, bending my arms as if trying

**Relief Requested:** 2) Major Prentice Mental Health is Evaluated. She may kill or try killing grievant again.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billups — Offender's Signature | K-04496 — ID# | 2/28/16 — Date

(Continue on reverse side if necessary)

copied 02/29/16 PCC LL

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

## Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name | Counselor's Signature | Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE (Continued)**

to brake them. I told the officers the pain that they were causing me and asked to be allowed to send... grievant's request was ignored and they cut grievant's arm open on the chuckhole. Grievant was bleeding from his right eye, his nose and right forearm. My right eye had swollen shut. Sergeant Myster was in front of grievant's cell. Grievant told Myster that he needs medical attention. Sgt. Myster told grievant "No." Grievant then asked for his lunch tray, to which Sgt. Myster said "No." Grievant told his neighbor (302) what happened to him and where. He told grievant, "The area they took you is a blind spot there aren't any cameras in there." (304) told grievant that "Sgt. Myster and Mayne Pritchard was throwing my property on the gallery as if it was worthless, and that he'll be a witness to it." Grievant asked how he can get medical attention and was told to cover his window. Grievant covered his window however John Doe #4 was working the gallery (3) and wouldn't stop; 3 to 11 shift change was coming, stopped because my window was covered and called the Lieutenant. The Lt. came and asked what was going on. I told him that I needed medical treatment, the Lt. called a Med. Tech. The Med. Tech came to see me while I was in my cell. She told grievant there isn't anything she could do except give me ice for the swelling, and left. Grievant nose wouldn't stop bleeding, and blew his nose on the blanket. When grievant blew his nose, his right eye came out. The pain was extremely painful!!! Grievant pushed his right eye back in. When the C/O came with the mail, he opened grievant's chuckhole or food slot to put the ice in, I put my arm through the food slot so that he couldn't close it. I demanded medical attention. The Lt. cuffed grievant up and was placing the leg irons on and talked me down by telling grievant the result will be the same as when the Med. Tech came before. A situation occurred involving the person in the cell next to grievant 302, where he needed medical treatment. They came and took him to the Health Care Unit. And grievant was in worse condition. Grievant realized he was being denied medical treatment because they were trying to cover up the misconduct. Grievant blew his nose and again his right eye came out. Grievant feed and blood was in his urine. During med line the officer officer escorting the nurse "Cheri" (White female, red hair, about 200 lbs, about 45 yr old nurse) The officer opened grievant's food slot to give him the cup, so that he could fill it with water. When he did, grievant stuck his arm out demanding medical attention. The nurse Cheri told grievant she'll get him treatment when she's finished passing out the meds. C/O Drysdell came on 3 gallery. Nurse Cheri told the escorting officer "If I were you, I'll just brake his arm and push it in there." Cheri suggestion aroused inmate who began yelling and cursing at the nurse. The escorting C/O asked C/O Drysdell what is he allowed to do, can he push grievant's arm in? C/O Drysdell told him "Springfield doesn't want us doing that." The Lt. came, grievant told him told him he needed some medical treatment. The Lt. took me out of my cell, put me in one of the bullpens. Grievant was waiting as earlier to have the belt removed, when 2 Med. Techs came. One from earlier, the other was blond with curly hair. Grievant asked why was the person in 302 getting treated but they refuse to treat grievant?? Grievant was told that they can't treat him without a Doctor present. Grievant let them know that he suffers from a seizure condition and asked what would they do if he has a seizure? Grievant answer was that the reason he hasn't been seen or helped for all the seizures he's had in Pontiac? The blond Med. Tech took control. Grievant's left eye kept running, it felt as if something was in it. The blond nurse told grievant that his left eye (the inside) is scratched, that she believes grievant nose is broken. She told grievant that she'll like to treat him but can't without a Doctor there -- The following morning which would've been 1-13-16, 1-14-16, or 1-15-16 grievant was called to be interviewed by I.A. I.A. took grievant's jumpsuit & T-shirt which was covered in blood. Grievant hadn't taken his A.M.

4 of 4

Exhibit B.4

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-22-16 | Offender: (Please Print) Marlon Billops | ID#: K-04496 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Excessive Force

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): medication and felt as though he was going to have a seizure. Grievant make this fact known the the interviewer, who ceased the interview. From there grievant was taken to "Urgent Medical Care." Pictures of grievants injury's was taken by IA. and in the health care unit. While in urgent care grievant was seen by the P.A. He sat and asked questions. He did not do any physical examine. Grievant let him know of the pain and that his arm needs stiches. He ordered x-rays of my scull and that was it. — Corporal punishment or mistreating of inmate is strictly prohibited. Corporal punishment is defined as striking, pushing, shoving a person for the purpose of causing pain. The Warden (or Duty Warden) must be notified if the use of force is anticipated and or/ initiated." "All staff are expected to follow the established chain of Command, Reporting all incidents to their immediate

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Marlon Billops — Offender's Signature | K-04496 — ID# | 2/28/16 — Date

(Continue on reverse side if necessary)

copied 02/29/16 PCC LL

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___/___/___

Supervisor who will report the same to their supervisor" ect. The attempted murder against grievant involved all cell house supervisors. Even Nurse Cher p.m. nurse passing out meds who has a duty to help grievant when in need of medical assistance and report the condition grievant was in. Instead, she tryed advising her executing officer to brake grievants arm. Which creates a conflict of interess. Each employee involved abused their discretion, and for those who may have stood by and did or said nothing are equally at fault. A bag was placed over grievants head so that he couldn't I.D. staff involved or anyone (inmates) could see grievant or cameras. Grievant was expected to die -- Grievant was moved to 1B3, never went back to North house placed on one gallery where there's absolutly no camera. Can't see out the door, for day's grievant could'nt see anything other then the inside of his cell unless he went on call pass. When grievants eye (right) opened he had to look through the crack of his door which is to the left. The crack is about the size of the space on this paper ⇑ Grievant had a seizure 1-19-16, and wasn't helped. He reported it to the Med. Tech who told grievant he didn't have a seizure because she wasn't told. When grievant told her it happened on 7 to 3 shift she seem to be O.K. with it. Most important Major Pritence, the Major involved in the misconduct against grievant is now the Major in the East House. She came about 3 day's after grievant was assigned to this cell house and brought with her her staff from North house. Major Pritence, if not in the room when grievant was being beat, had to have seen that grievant was being assaulted. She had to walk pass it in order to get to grievants cell -- The orginal grievance was submitted as an Emergency this one will go through the counselor, grievance officer, then warden after it's copied. E.O.R.

Copied 02/24/16 [illegible]



Exhibit C.1

5-23-16

The Clerk of The Court
United States District Court
Central District Of Illinois
600 E. Monroe Street
221 US Courthouse
Spfld, Il 62701

SCANNED at PCC and E-Mailed
5/31/16 (date) by BS (initials)
4 (# of pages)

Greeting's,

Befor I get started please except my apologizes if the heading of this letter is incorrect. Prepairing this letter is verry intimidating.

I'm an Illionis state prisoner who is confind in Pontiac Corr. Center Segeration.

A short while back Jan. 2016, while in a security belt and shacklels (Prison Policy for the North Cell House) I tryed speaking to Major Susan Prentice about money that I had to mail home. I next told her that I have been in the Health Care Unit all Day and havent eaten. will she make sure that I get a tray? For some reason this angered her as she begain to yell telling me that She's a mayjor, not a sergent to talk to my sergent about a trey. I told her that I dont have a sergent and not to yell at me. Speak to me the way she'll like to be spoken to.

Around this time, the excorting officer begain tugin on the chain. I walk going off

Exhibit C.2

2of4 5.23.16

of the excorting officer lead. He led me into a Room when a Leiutant and other c/o's come in. I wasn't loude combotive or anything but was ordered to get on the ground. I layed on my stomach/Chest. While laying a c/o to the Right of me kicked me directly in the Right eye ball. I turned my head left that officer kicked me in the left eye/Nose the officer began kicking about the face head and body.

After sometime the officer's stoped. I heard a c/o say "tell Myster to give you the shield" a cloth bag was placed over my head and I couldn't see I end up in my assinged cell. My Right eye was swollen shut, and bleeding my left eye flet like something was in it. My Nose hurt and was bleeding, my Right forarm had been cut open.

I was denied medical treatment despite my many effort's for treatment which was obivous. I learned that Mayjor Susan Prentice had taken all of the property out of my cell. I learned that the Room that I was taken in was a "Blind Spot" No cameras in there.

Somehow, the following day I.A. found out and interviewed me. I have Real Bad seizures and thouth that I was going to have one during the interview, I apologized in advance and they ended the interview, Not befor taking photos of my injury/s.

I was taken to the health care Unit when my

Exhibit C.3

3 of 4 5-23-16

head/face was X-Rayed. From there I was taken to another cellhouse. Which at the time I thought was favorable. About 3 to 8 day's later Major Prentice become Major of the East, west cell house and health Care unit.

It's plenty that has or is going on which i'm trying to get into. I'm am still Refused medical treatment. I had a seizure while in Health Care to see the Eye Doctor, I was told that I had been rescheduled to see him in March 2016. It hasn't happened

I had a seizure another one and thought that I broke my arm. I wrote everyone, spoke to every employee Warden on down for a month then I went on hunger strike, they still wont see me That was 4-16-16. I came off

Now, I am continued to be retaliated against and Harassed. I've written D.O.J 4 times State Police 4x trying to press charges on Prentice. I've written the F.B.I. and many others to which I'm not receiving responce. I know for a fact that my mail hasn't been reaching the people. I just got a visit today from my family who I haven't heard from despite my need of it and was told that they haven't gotten anything from me, I certinly haven't gotten any mail from them.

Exhibit C.4

5-23-16

4 of 4

A C/O spit in my face a couple day's ago 5-19-16 and took my sheets.

I have over 40 grievances pending with the grievance officer, I just send 11 more to the grievance officer last Night and 6 befor the counselor.

I've written the A.R.B asking if they received an emergency grievance that the facility wouldn't address they haven't Respond and I written them 2 since Feb 2016. The grievance officer don't appear to want to address any of my grievance. My guess Is that Prentice is waiting for me to leave this prison in August at that time they'll take all the copies of grievince that I have.

Prentice is the most powerfulest person in this facility More so then the warden.

I don't know if you'll get this letter, it's a shot in the dark. Mental Health who use to treat me, No longer see's me. Prentice Run's Health Care. I can't gain access to my excessive legal Material.

I'm writing because I Need some help. What should I do? Or will you tell them to make Prentice and her staff leave me alone?? — Please Respond if you get this. Respectfully
And give me teatment for my Eyes, Back?? And shalder?

Marlon Billops
K-04496
P.O. Box 99
Pontiac, Il 61764

P.S. This letter should

Exhibit D.1

Exhibit A

Changed 1 forwarded to Grievance Officer on 06/15/16

TO: Clinical Service Supervisor
Fem: Marlon Billops K-04496
West 1003

6-13-16

Sub: Grievance

I have a host a Grievances pending with the grievance officer. Too many to address. The grievances Im writing you for is a an emergency grievance that I submitted JAN. 2016 and an advised grievance on the same issue excessive force. I haven't received a responce to the emergency grievance. The advised grievance was addressed and foward to the grievance officer. My point is I will like if you'll make the grievance officer address my grievances. This has been far too long. Not only the grievance in question not been addressed by the grievance officer but theres over 50 others pending with the grievance officer that has not be addressed.

Thanks in advance. I know the grievance officer is waiting for me to leave the prison to denie them (some) as moot. OR say they never gotten it. - Thanks again

Grievances are addressed in the order received. Returned and/or processed complaints on 6-11-16. Please be patient. Thank You.

37

State of Illionis }
County of Livingston }

AFFidavit

Exhibit B-E.1

RECEIVED
JAN 0 5 2017
ADMINISTRATIVE
REVIEW BOARD

1 of 2

I, DARCY BELL, state that the following is both true and correct upon personal knowledge and belief and if called as a wittiness I'll Attest to;

That on 1-14-16, Me, Marlon Billops and Field were in Pontiac, Correctional Center, Health are holding/waiting area together;

That while waiting to see Medical, I talked to Marlon whom was in a good mood and without visable njurys;

After I was seen by medical, I was escorted back to the North Cell house holding Area. Shortly hereafter Marlon arived;

While in the North cellhouse holding Area, Marlon, who was still in a good mood. There was maybe 10 to 15 foot gap between us, Neverthelss Marlon Remain in eye sight;

5). I seen Billops speaking to Mayjor Prentice. I wasn't able to hear their conversation initially hey bothe seemed calm;

I begain talking with the officer who was escorting me, when I heard Mayjor Prentice yelling at Marlon "I am a fucking Mayjor! Talk to your Sergent about a tray!" Prentice boisterous behavior gained my Attention and Attention of Everyone in the holding Area.

7). Marlon, who was confinied in security belt and leg shackles was taken into a small Room accross from the Northhouse Armory. Prentice instantly followed;

Shortly thereafter, I heard Marlon screming in pain! Marlon yelled out "You Kicked my eyes out, I can't see! Please stop kicking me; Don't kill me! I did'nt do anything!" Marlon Plea or someone to help and the officers to stop. Marlon yelling lasted 12 to 15 minutes;

After 3 or 4 minuts of slince, I seen 6 to 10 officers carrying Marlon out of the room. There was a bag over Marlon's head. Marlon was not moving or saying anything;

11). Marlon was not carryed out-side of the cellhouse.

leaving the holding Area of the North Cellhouse, I had to pass the Room that Marlon was taken in. As, I passed, I looked inside and seen blood all over the floor.

State of Illinois }
County of Livingston }

Exhibit E.2

Affidavit

2078

12) That night, I wrote a letter to "off of inmate issues" located in Springfield. I told them that marlon may have been killed by C/o's. That Marlon had on a security belt and shackles, that marlon wasn't combative.

Dated 6/12/16

/s/ Darcy Bell

NAME DARCY BELL

I.D.O.C No. R45443

Pontiac Corr. Center

P.O. Box 99

Pontiac, Il 61764

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

Jun 15, 2016

Notary Public Signature

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Exhibit F.1

Administrative Review Board 1 of 2 10-30-16
P.O. Box 19277
Spfld, Il 62794-9277
Sub: Appeal of Grievance

On 1-31-16, I wrote grievance reguarding staff conduct & excessive force wich occured on 1-19-16. I submitted the grievance as an emergency. I didn't receive a responce from the warden despite the request I send him asking to let me know when he receives it, or he has received it.

On 2-28-16, I wrote a revised grievance, I asked that the revised grievance be considered because the orginal grievance that was written lacked Name's, my physical state was poor. On 3-1-16 I submitted the revised grievance to counselor K. Sardin On 3-14-16, Counselor respond "Per Major Prentice she denies allegations of misconduct, per Sgt. Meister he denies allegations of misconduct, To address your medical issue your current medical issues with your CMT when they make regular gallery walks to address your issue with medical staff you can foward to the grievance officer" On 3-22-16, I foward the grievance to the grievance officer.

I wrote the grievance officer many times asking the status on this and other grievances. Many request went unanswered. Counselor Supervisor Respond saying "Be paticent, some grievances

Exhibit F.2

2 of 2

10-30-16

take longer then others". So I waited. I got an affidavit that support my claim Jun 15, 2014. So I worte the grievance officer asking if I can submitt the affidavit. I exsplaine the Reason I wasn't able to submitt it sooner. The grievance officer Never Respond

It's been over 6 month and I was being patient oh. Counselor Supervisor also told me that "Grievance are address in order there Received." This is Not true. — — Because of the time, Not to mention the grievance officer will Not Respond to my Request. And since the Dept. Rules dosn't say in a situation like this, I think that it is Reasonable to deemed the grievance is denied and that the Appeal is Reasonable.

Respectfully,

Marlon Billops

Marlon Billops K04496
P.O. Box 99
Pontiac, Il 61764

Written 10-30-16

P.S. I'm also sending a Affidavit from Darcy Bell to be considered.



1:17-cv-01348-SLD # 1 Page 32 of 35 Exhibit G.1

Bruce Rauner
Governor

John Baldwin
Acting Director

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: November 10, 2016

TO: Marlon Billops K04496
N-01-40

FROM: Michael P. Melvin, Warden

SUBJECT: **Staff Conduct – ICMS 744169**

---

Your letter to the Governor of Illinois has been forwarded for my review. In your letter you allege numerous incidents of staff misconduct towards you.

External Investigations reviewed the case of January 14, 2016 and found it to be not substantiated. Internal Affairs interviewed you on August 4, 22016 regarding this incident and you were not to have no visible injuries; photos were taken for documentation. August 17, 2016; there was an additional incident which you were involved in and you were observed to have an injury which medical treatment was provided.

I trust this has been responsive to your concerns.

MPM/jle

xc: Master File K04496
File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful re[illegible]ns, and reducing victimization.*

**www.illin[illegible]**

Exhibit H.1

Administrative Review Board 102 12.27.16
P.O. Box 19277
Spfld, IL 62794-9277
Sub: Appeal of Grievance (staff conduct/Excessive force 1.14.16)

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

On 1.31.16, I submitted a Emergency Regarding "staff conduct & Excessive Force." which occured on 1.14.16. I never Received a Responce despite the Request that I attached to the grievance ask him to let me know when or if he get's the grievance. This was a 2 page grievance

On 2.28.16, I worte a Revised grievance (the same issues, people est. which occured 1.14.16) asking that the Revised grievance be considered because when I worte the orginal grievance I was in poor physical state, I had learned names that wasn't named in the orginal. I submitted the Revise grievance to counselor, this was a 4 page grievance.

On 3.15.16, I Received counselor K. Sandein Responce to the 4 page Revised grievance On 3.20.16, I send the 4 page grievance to be copied, On 3.21.16, I Received the orginal and copies of the Revised 4 page grievance back. On 3.21.16, I placed the orginal Revised 4 page grievance in a blank Envelope, sealed it and worte "To Grievance office" placed it in my door and it was collect by the officer.

Over the month's, I'll write the grievance officer asking the status of the Revised 4 page grievance. They'll never Reply.

Also, I worte you (A.R.B) several times asking you to merge the orginal and Revised grievance. I worte you 5.5.16, but you'll never Respond. I had written the 2 page orginal grievance and send it to you

O.K., I worte Clinical Service Supervisor, asking if they will help in assisting me getting the grievance officer to address my grievances Namely The 2 page orginal and 4 page Revised grievance. my Request was fowared to the grievances 6/15/16. The grievance officer Respond saying "Grievances are addressed in order Received. Returned and/or processed

Exhibit H.2

2 of 2 12-27-16

complaints on 6-11-16. Please be patient. Thank you." Ofcourse that wasn't true there are many grievances that I've written after the 2 page orginal and 4 page Revised that has been addressed befor the orginal or Revised grievance.

I worte the Governor because the same people who try Killing me in JAN. 2014 Tryed again in August 2016 2 times! in August!

The governor office foward my letter to Pontiac Warden to address The warden address it stating in part "External investigation Reviewed the case of January 14, 2014 and found it to be not substantiated."

On 11-22-16 I worte counselor Tucker broking down what the warden said in his Reply to the letter I worte the governer. I let Counselor Tucker know that I worte a grievance and asked if she'll let me know the status of the 4 page Revised grievance. She worte me back again "The Grievance office does not have a 1-14-16 issue."

The Reason that it took so long is because one of my excessive legal boxes has come up missing and I have been deniedded access to my Remaing legal boxes until yesterday 12-26-16.

I'm sending you the copy of the 4 page Revised grievance, Nothing I'm appealing the copie because the orginal is and has been pending with the grievance office. Well acccording to counselor, they don't have a Record of it. Oh in additi over the time since around Jun 15 2016, I was able to obtain an affidavit from a person who was around me. I tryed submitting it to the grievance officer but they never Respond to let me if they'll except it or not. Anyway I'm sening a 2 page Affidavit from Darcy Bell. 4 page Revised grievance this 2 page letter. I'm sendin the copied 2 page orginal grievance for you to merge with the 4 page Revised grievance,

Respectfully,
Marlon Billups

RECEIVED
JAN 05 2017
ADMINISTRATIVE REVIEW BOARD

Exhibit I.1

ILLINOIS DEPARTMENT OF CORRECTIONS

# Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Billops (Last Name) Marlon (First Name) ____ (MI) K04496 (ID#)

**Facility:** Pontiac

☐ Grievance: Facility Grievance # (if applicable) ________ Dated: 1/31/16 & 2/28/16 or ☐ Correspondence: Dated: ________

Received: 1/5/17 (Date) Regarding: Excessive force 1/14/16

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ________ (Date)

☐ No justification provided for additional consideration.

**Other** (specify): Offender forwarded grievance to ARB without Grievance Officer's Response therefore untimely.

Completed by: Debbie Knauer (Print Name) Debbie Knauer (Signature) 5/16/17 (Date)

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.5/2017)