IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MARLON BILLOPS, #K04496         )
                                )
           Plaintiff,           )
                                )
      -vs-                      )     No. 17-1348-SLD-JEH
                                )
SUSAN PRENTICE, et al.,         )
                                )
           Defendants.          )

## STIPULATION TO DISMISS

NOW COME the Plaintiff, Marlon Billops, *pro se*, and the Defendants, Michael Copeland, Cory Eutsey, Randall Meister, Jeremy Whicker, and Patrick Winchell, by their attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_____
Plaintiff
Marlon Billops, #K04496

_____
Megan Ditzler
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL 62701

Date: 9-27-19

Date: 11/6/19